# Third District Court of Appeal

## State of Florida

Opinion filed May 24, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-399
Lower Tribunal Nos. F15-16525, F06-36250, and F86-6960B

_____

**Avery L. Cuff,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Avery L. Cuff, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.  See State v. Brena, 278 So. 3d 850 (Fla. 3d DCA 2019); State v. Hernandez, 278 So. 3d 845 (Fla. 3d DCA 2019); State v. Whitt, 96 So. 3d 1125 (Fla. 5th DCA 2012).